**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| VETERANS GUARDIAN VA CLAIM CONSULTING, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW J. PLATKIN, *in his official capacity as Attorney General of New Jersey*, <br><br> Defendant. | Civil Action No. 3:23-cv-20660 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel certifies that Plaintiff Veterans Guardian VA Claim Consulting, LLC is a non-governmental corporation and that Plaintiff does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Dated: September 25, 2023         Respectfully submitted,

/s/ Stephen M. Baldini
Stephen M. Baldini, N.J. Bar No. 0410411990
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
44th Floor
New York, NY 10036
Tel: (212) 872-1000
Email: sbaldini@akingump.com

Mark Herring*
Anthony Pierce*
Martine Cicconi*
James Tysse*
Caroline Wolverton*
David Bethea*
Aleena Ijaz*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Email: mherring@akingump.com
        apierce@akingump.com
        mcicconi@akingump.com
        jtysse@akingump.com
        cwolverton@akingump.com
        dbethea@akingump.com
        aijaz@akingump.com

*Counsel for Plaintiffs*
*Pro hac vice motions forthcoming*

## **Certificate of Service**

Pursuant to Local Rule 5(b), I, Stephen M. Baldini, hereby certify that on this 25th day of September, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system and will be mailed to Defendant via Certified U.S. Mail.

/s/ Stephen M. Baldini
Stephen M. Baldini, N.J. Bar No. 0410411990