**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| VETERANS GUARDIAN VA CLAIM CONSULTING, LLC, et al., <br><br>      *Plaintiffs*, <br><br>   v. <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br>      *Defendant*. | **Case No. 3:23-cv-20660** <br><br> **Judge Michael A. Shipp** <br> **Magistrate Judge J. Brendan Day** <br><br> **MOTION RETURN DATE: 11/6/2023** |

**PLAINTIFFS' NOTICE OF AND MOTION
FOR PRELIMINARY INJUNCTION**

Stephen M. Baldini
N.J. Bar No. 0410411990
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
44th Floor
New York, NY 10036
Tel: (212) 872-1000
Email: sbaldini@akingump.com

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1, on November 6, 2023, or at such other date as may be agreed upon or ordered, at the United States District Court for the District of New Jersey, located at Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, Plaintiffs Veterans Guardian VA Claim Consulting, LLC, Colonel John F. Rudman, and Sergeant Andre Jesus Soto, by and through undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, will and hereby do move this Court for a Preliminary Injunction enjoining Matthew J. Platkin, in his official capacity as Attorney General of New Jersey (the "Attorney General"), as well as the Attorney General's officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Order, from implementing or enforcing New Jersey Senate Bill 3292, P.L. 2023, c. 150, against Plaintiffs.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Federal Rule of Civil Procedure 65(a), and is based on this notice of Motion, accompanying Brief in Support, declarations, all pleadings and papers filed herein, or argument, if any, and any other matter that may be submitted at any hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request oral argument on the Motion pursuant to Local Rule 78.1(b);

2

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request the Court require no security because the Attorney General will suffer no injury from the issuance of a preliminary injunction; and

**PLEASE TAKE FURTHER NOTICE** that a proposed order is submitted herewith.

Dated: September 26, 2023         Respectfully submitted,

/s/ Stephen M. Baldini
Stephen M. Baldini, N.J. Bar No. 0410411990
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
44th Floor
New York, NY 10036
Tel: (212) 872-1000
Email: sbaldini@akingump.com

Mark Herring*
Anthony Pierce*
Martine Cicconi*
James Tysse*
Caroline Wolverton*
David Bethea*
Aleena Ijaz*
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Tel.: 202-887-4000
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 887-4000
Email: mherring@akingump.com
         apierce@akingump.com
         mcicconi@akingump.com
         jtysse@akingump.com

3

cwolverton@akingump.com
dbethea@akingump.com
aijaz@akingump.com

*Attorneys for the Plaintiffs*
*\*Motions to appear pro hac vice pending*

4

## **Certificate of Service**

Pursuant to Local Rule 5(b), I, Stephen M. Baldini, hereby certify that on this 26th day of September, 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system and will be mailed to Defendant via Certified U.S. Mail at the following address:

Matthew J. Platkin
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 080
3rd floor W. Wing
Trenton, NJ 08625-0112

*/s/* Stephen M. Baldini
Stephen M. Baldini, N.J. Bar No. 0410411990

5