IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VETERANS GUARDIAN VA CLAIM CONSULTING, LLC, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey,<br><br>*Defendant*. | Case No. 3:23-cv-20660 |

**[PROPOSED] ORDER GRANTING
MOTION FOR PRELIMINARY INJUNCTION**

**THIS MATTER** having been opened to the Court by Plaintiffs, Veterans Guardian VA Claim Consulting, LLC, Colonel John F. Rudman, and Sergeant Andre Jesus Soto, by and through Plaintiffs' counsel, upon application for preliminary injunctive relief pursuant to Local Civil Rule 7.1 and Federal Rule of Civil Procedure 65(a) and service of the Summons, Complaint, Motion and all supporting papers having been made upon the Defendant, Matthew J. Platkin, in his capacity as Attorney General of the State of New Jersey, and the Court having found sufficient grounds favoring issuance of a preliminary injunction, it is hereby

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction is hereby **GRANTED**; and it is further

**ORDERED** that Matthew J. Platkin, in his official capacity as Attorney General of New Jersey ("Attorney General"), as well as the Attorney General's officers, agents, employees, attorneys, and all persons in active concert or participation with them, are hereby ENJOINED from implementing or enforcing New Jersey Senate Bill 3292, P.L. 2023, c. 150, against Plaintiffs; and it so further

**ORDERED** that this Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

**SO ORDERED**.

Dated: _____, 2023

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge