# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VETERANS GUARDIAN VA CLAIM CONSULTING, LLC**, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MATTHEW J. PLATKIN**, *in his official capacity as Attorney General of New Jersey*,<br><br>*Defendant*. | **Case No. 3:23-cv-20660-MAS-JBD**<br><br>**Judge Michael A. Shipp**<br>**Magistrate Judge J. Brendan Day**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Veterans Guardian VA Claim Consulting, LLC, John F. Rudman, and Andre Jesus Soto, who are Plaintiffs in the above named case, appeal to the United States Court of Appeals for the Third Circuit from the Order (ECF No. 38) entered on January 5, 2024 and related Memorandum Opinion (D.E. No. 37) entered on January 5, 2024.

Dated: January 12, 2024        Respectfully submitted,

                                           */s/* Stephen M. Baldini
                                           Stephen M. Baldini
                                           N.J. Bar No. 0410411990
                                           AKIN GUMP STRAUSS HAUER & FELD LLP
                                           One Bryant Park, 44th Floor
                                           New York, N.Y. 10036
                                           Tel: (212) 872-1062
                                           Email: sbaldini@akingump.com

                                           *Counsel for Plaintiffs*