**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| VETERANS GUARDIAN VA CLAIM CONSULTING, LLC; JOHN F. RUDMAN; AND ANDRE JESUS SOTO, <br><br> *Plaintiffs,* <br><br> *v.* <br><br> MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey, <br><br> *Defendant.* | Hon. Michael A. Shipp. U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. <br><br> Civil Action No.: 3:23-cv-20660-MAS-JBD <br><br> <u>Civil Action</u> |

**NOTICE OF WITHDRAWAL OF APPEARANCE
<u>OF MARTINE E. CICCONI</u>**

Pursuant to Local Civil Rule 102.1, notice is hereby given that the appearance of Martine E. Cicconi, formerly of the law firm Akin Gump Strauss Hauer & Feld LLP, is hereby withdrawn as counsel for Plaintiffs Veterans Guardian VA Claim Consulting, LLC, John F. Rudman, and Andre Jesus Soto.  The basis for this withdrawal is that Ms. Cicconi has left the firm.  Stephen M. Baldini, Mark R. Herring, Anthony T. Pierce, James E. Tysse, and Caroline L. Wolverton of Akin Gump Strauss Hauer & Feld LLP will continue to represent Plaintiffs Veterans Guardian VA Claim Consulting, LLC, John F. Rudman, and Andre Jesus Soto.

1

Dated: March 25, 2026                    Respectfully submitted,

                                         /s/ Stephen M. Baldini
                                         Stephen M. Baldini
                                         NJ Bar 0410411990
                                         AKIN GUMP STRAUSS HAUER & FELD LLP
                                         One Bryant Park
                                         44th Floor
                                         New York, NY 10036
                                         Tel: (212) 872-1000
                                         Email: sbaldini@akingump.com

                                         Mark Herring*
                                         Anthony Pierce*
                                         James Tysse*
                                         Caroline Wolverton*
                                         AKIN GUMP STRAUSS HAUER & FELD LLP
                                         Robert S. Strauss Tower
                                         2001 K Street N.W.
                                         Washington, DC 20006
                                         Tel: (202) 887-4000
                                         Email: mherring@akingump.com
                                                apierce@akingump.com
                                                jtysse@akingump.com
                                                cwolverton@akingump.com

                                         *Attorneys for the Plaintiffs*
                                         *admitted to appear pro hac vice*

2

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1(b), I, Stephen M. Baldini, hereby certify that on this 25th day of March, 2026, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system.  Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

/s/ *Stephen M. Baldini*

Stephen M. Baldini
NJ Bar 0410411990
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
44th Floor
New York, N.Y. 10036

3